IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00353-KLM

SANTIAGO ABREU,

    Plaintiff,

v.

B&R INCORPORATED, doing business as Burke and Riley's Irish Pub,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Stay Action to Facilitate Settlement Pursuant to D.C.COLO.LCivR 16.6** [#7] ("Motion"). The parties request a 90-day stay of this action. However, they do not address the factors for imposition of a stay as described in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 1:02-cv-01934-LTB-PAC, 2006 WL 894955, at *2 (D. Colo. Mar. 30, 2006). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#7] is **DENIED in part** and **GRANTED in part**. The Motion is **denied** to the extent the parties seek imposition of a stay. The Motion is **granted** to the extent the parties seek to vacate the Scheduling Conference set for May 19, 2016. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for May 19, 2016, at 10:00 a.m. is **VACATED** and **RESET** to **July 12, 2016** at **11:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **July 5, 2016**.

    Dated: April 19, 2016